

RODERICK "RICO" ALVENDIA
J. BART KELLY, III
JEANNE K. DEMAREST
KURT A. OFFNER*
CRISTEN MARCOTTE
SARAH E. FONTCUBERTA
*also licensed in Texas

A LIMITED LIABILITY CORPORATION

909 Poydras Street | Suite 1625 | New Orleans, Louisiana 70112
504 - 200 - 0000 | FAX 504 - 200 - 0001 | 1 - 800 - 462 - 9718

RICO@AKDLALAW.COM
BART@AKDLALAW.COM
JEANNE@AKDLALAW.COM
KURT@AKDLALAW.COM
CRISTEN@AKDLALAW.COM
SARAH@AKDLALAW.COM

May 31, 2019



*Via Certified Mail: 7018 3090 0000 6623 4076*
CDC Clerk of Court
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112
**ATTN: Civil Suits**

    *Re:   Jason Rainwater v. Pontchartrain Hotel, Inc., et al*
          *No. 2019-5747, Div. "A-16"*
          *File New Petition for Damages*

Dear Clerk:

Please see the enclosed signed Petition for Damages on behalf of our client, Jason Rainwater. We would like to request that this be filed in CDC for the Parish of Orleans. Please also see the enclosed fax confirmation of filing on May 30, 2019.

Please find enclosed the original Petition, along with the check for filing and service fees. Further, we have also included four (4) copies of the petition for service, along with service instructions, and request that the original be returned to us in the self-addressed stamped envelope once it is conformed.

Further, please see the enclosed Interrogatories and Requests for Production to be served upon the below named Defendants along with the Petition for Damages in this matter:

    Pontchartrain Hotel, Inc.
    Through its registered agent for service of process:
    Frederick A. Kullman
    2031 St. Charles Avenue
    New Orleans, LA 70140





# Alvendia Kelly Demarest

A LIMITED LIABILITY CORPORATION

RODERICK "RICO" ALVENDIA
J. BART KELLY, III
JEANNE K. DEMAREST
KURT A. OFFNER*
CRISTEN MARCOTTE
SARAH E. FONTCUBERTA
*also licensed in Texas

909 Poydras Street I Suite 1625 I New Orleans, Louisiana 70112
504 - 200 - 0000  I  FAX 504 - 200 - 0001  I  1 - 800 - 462 - 9718

RICO@AKDLALAW.COM
BART@AKDLALAW.COM
JEANNE@AKDLALAW.COM
KURT@AKDLALAW.COM
CRISTEN@AKDLALAW.COM
SARAH@AKDLALAW.COM



C
 it for service of process:
 any

CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

is, please contact my paralegal Catherine at (504) 200-0000

| | |
|---|---|
| Receipt Date | 6/5/2019 3:54:00 PM |
| Receipt Number | 762081 |
| Cashier | ehankston |
| Register | CDC Cash Register 1 |
| Case Number | 2019 - 05747 |
| Grand Total | $ 176.50 |
| Amount Received | $ 176.50 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

cooperation in this matter.

Payment / Transaction List
Check  #  024506  $176.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Supplemental and/or Amending Petition | $141.50 | $141.50 | $0.00 |
| Fax Fees | $10.00 | $10.00 | $0.00 |
| JSC | $25.00 | $25.00 | $0.00 |

| CIVIL DIVISION | CLERK OF CIVIL DISTRICT COURT | LAND RECORDS DIVISION |
|---|---|---|
| 421 Loyola Avenue, Room 402<br>New Orleans, Louisiana 70112<br>cdcclerk@orleanscdc.com<br>Telephone: (504) 407-0000<br>Fax: (504) 592-9128 | <br>*Chelsey Richard Napoleon*<br>Clerk of Court and Ex-Officio Recorder | 1340 Poydras Street, 4th Floor<br>New Orleans, Louisiana 70112<br>civilclerklandrecords@orleanscdc.com<br>Telephone: (504) 407-0005 |

## FACSIMILE TRANSMISSION CONFIRMATION

pd.
6-4-19

TO: __JEANNE K. DEMAREST__

FROM: CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT

DATE: __05-30-2019__   TIME: _____   FAX #: __200-0001__

DATE PLEADING FILED: __05-30-2019__

DEPUTY CLERK: __Brenda Abud__

FAX FEE: __$5.00__   FILING FEE: $ __505.00+10.00 (SupCt)+32.0058__

EXTRA PAGES: $ __32.50 (13pg)__   TOTAL FEE DUE: $ __584.50__

CASE TITLE: __JASON RAINWATER__

VERSUS

__PONTCHARTRAIN HOTEL, INC et al__

CASE NUMBER: __2019-5747__   DIVISION: __A-16__

COMMENTS: __PETITION FOR DAMAGES w/ INTERROGATORIES (4pg=18.00) REQUEST FOR PRODUCTION (3pg=14.00)__

---

IN ACCORDANCE WITH L.S.A.R.S. 13:850, THE FOLLOWING MUST BE RECEIVED WITHIN SEVEN (7) DAYS EXLUSIVE OF LEGAL HOLIDAYS FOR THE FACSIMILE FILING TO HAVE THE FULL FORCE AND EFFECT, (eff. 08-01-16).

1. THE ORIGINAL DOCUMENT MUST BE IDENTICAL TO FACSIMILE FILING.
2. ALL APPLICABLE FILING FEES MUST BE RECEIVED WITH THE ORIGINAL
3. AN ADDITIONAL $5.00 FACSIMILE TRANSMISSION FEE MUST BE ENCLOSED FOR EACH DOCUMENT TRANSMITTED PLUS AN ADDITIONAL $2.50 PER PAGE FOR TRANSMISSIONS IN EXCESS OF TWO (2) PAGES.

IN FORMA PAUPERIS APPLICANTS, FEDERAL, STATE, AND LOCAL AGENCIES <u>ARE NOT</u> EXEMPT.



RODERICK "RICO" ALVENDIA
J. BART KELLY, III
JEANNE K. DEMAREST
KURT A. OFFNER*
CRISTEN MARCOTTE
SARAH E. FONTCUBERTA
*also licensed in Texas

# Alvendia Kelly Demarest

A LIMITED LIABILITY CORPORATION

909 Poydras Street | Suite 1625 | New Orleans, Louisiana 70112
504 - 200 - 0000 | FAX 504 - 200 - 0001 | 1 - 800 - 462 - 9718

RICO@AKDLALAW.COM
BART@AKDLALAW.COM
JEANNE@AKDLALAW.COM
KURT@AKDLALAW.COM
CRISTEN@AKDLALAW.COM
SARAH@AKDLALAW.COM

June 5, 2019

**Via Hand Delivery:**
CDC Clerk of Court
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112
**ATTN: Civil Suits**

RECEIVED
JUN - 5 2019
CLERK OF COURT
CIVIL DISTRICT COURT

    *Re:*    *Jason Rainwater v. Pontchartrain Hotel, Inc., et al*
             *No. 2019-5747, Div. "A-16"*
             *File Supplemental and Amending Petition Without Leave*

Dear Clerk:

Please see the enclosed signed Plaintiff's First Supplemental and Amending Petition for Damages Without Leave on behalf of our client, Jason Rainwater. We would like to request that this be filed in CDC for the Parish of Orleans. Please also see the enclosed fax confirmation of filing on June 4, 2019.

Please find enclosed the original Petition, along with the check for filing and service fees. Further, we have also included five (5) copies of the petition for service, along with service instructions, and request that the original be returned to us in the self-addressed stamped envelope once it is conformed.

If you should have any questions, please contact my paralegal Catherine at (504) 200-0000 or Catherine@akdlalaw.com.

Thank you for your anticipated cooperation in this matter.

Sincerely,

Jeanne K. Demarest
JKD/cc

## CLERK OF CIVIL DISTRICT COURT

**CIVIL DIVISION**
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112
cdcclerk@orleanscdc.com
Telephone: (504) 407-0000
Fax: (504) 592-9128



**LAND RECORDS DIVISION**
1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112
civilclerklandrecords@orleanscdc.com
Telephone: (504) 407-0005

*Chelsey Richard Napoleon*
Clerk of Court and Ex-Officio Recorder

### FACSIMILE TRANSMISSION CONFIRMATION

TO: Jeanne K. D                                    pd 6-5-19

FROM: CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT

DATE: 6-4-2019   TIME: _____   FAX #: 200-0001

DATE PLEADING FILED: 6-4-2019

DEPUTY CLERK: **BRITTANY ROBERTS**

FAX FEE: $5.00    FILING FEE: $ 166.50

EXTRA PAGES: $ 5.00    TOTAL FEE DUE: $ 176.50

CASE TITLE: Jason Rainwater

VERSUS

Pontchartrain Hotel, Inc., et al

CASE NUMBER: 19-5747    DIVISION: A-16

COMMENTS: 1st Supple. + Amend. Petition

---

IN ACCORDANCE WITH L.S.A.R.S. 13:850, THE FOLLOWING MUST BE RECEIVED WITHIN SEVEN (7) DAYS EXLUSIVE OF LEGAL HOLIDAYS FOR THE FACSIMILE FILING TO HAVE THE FULL FORCE AND EFFECT, (eff. 08-01-16).

1. THE ORIGINAL DOCUMENT MUST BE IDENTICAL TO FACSIMILE FILING.
2. ALL APPLICABLE FILING FEES MUST BE RECEIVED WITH THE ORIGINAL
3. AN ADDITIONAL $5.00 FACSIMILE TRANSMISSION FEE MUST BE ENCLOSED FOR EACH DOCUMENT TRANSMITTED PLUS AN ADDITIONAL $2.50 PER PAGE FOR TRANSMISSIONS IN EXCESS OF TWO (2) PAGES

IN FORMA PAUPERIS APPLICANTS, FEDERAL, STATE, AND LOCAL AGENCIES <u>ARE NOT</u> EXEMPT.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2019-5747           SECTION: 16           DIVISION: "A"

**JASON RAINWATER**

**VERSUS**

**PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, CODY BERTONE, JOHN DOE, AND ABC INSURANCE COMPANY**

FILED: _____          _____
                                                                        DEPUTY CLERK

## FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES WITHOUT LEAVE

NOW INTO COURT, through undersigned counsel, comes Petitioner, **JASON RAINWATER**, person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, who respectfully asserts that no defendants have yet answered in this matter and thereby by right submits the First Supplemental and Amended Petition for Damages Without Leave as follows:

I.

By supplementing paragraph 1. as follows:

"Made additional defendants herein are:

**FEDERAL INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana."

II.

By amending paragraph 8. as follows:

"Upon information and belief, it is alleged that at all times material hereto, **FEDERAL INSURANCE COMPANY** provided a policy of liability insurance to **CODY BERTONE, JOHN DOE, APARIUM HOTEL GROUP, LLC, and/or PONTCHARTRAIN HOTEL, INC.** that was in full force and effect on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering said Defendant, **FEDERAL INSURANCE COMPANY** liable to Petitioner along with the other named Defendants."

1

to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about July 21, 2018, at approximately 4:00 a.m., Petitioner **JASON RAINWATER** was traveling on his bicycle in the traffic lane on St. Charles Avenue in the City of New Orleans, State of Louisiana when, suddenly and without warning, Petitioner rode his bicycle into a barricade located in the travel lane. Upon information and belief, the barricade was owned by Defendant **PONTCHARTRAIN HOTEL, INC. and/or APARIUM HOTEL GROUP, LLC and/or CODY BERTONE**. Said accident caused severe and disabling injuries to Petitioner.

4.

Said barricade was not visible due to the dark material that covered it and did not possess any deflectors or warning labels indicating that the barricade would be a hazard to those traveling in or near the lane of travel.

5.

The sole and proximate cause of the above referenced accident was the negligence and fault of the Defendants, **CODY BERTONE, JOHN DOE, PONTCHARTRAIN HOTEL, INC., and/or APARIUM HOTEL GROUP, LLC** through their agents and employees, which is attributed to but not limited to the following non-exclusive particulars:

a) Failure to maintain the premises in a safe condition;

b) Failure to remedy an unsafe condition;

c) Failure to instruct their employees as to the proper maintenance of the facility;

d) Failure to warn patrons of an unsafe condition;

e) Defendants knew or should have known of said hazardous condition; and

f) Any and all other acts of negligence, which may be proven at the trial of this matter.

6.

At all times material hereto, **JOHN DOE** was acting within the course and scope of his employment with **CODY BERTONE, PONTCHARTRAIN HOTEL, INC., and/or APARIUM HOTEL GROUP, LLC and/or CODY BERTONE** and failed to adequately

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

maintain and/or inspect the area in question and as such is liable for the action/inaction of their agents and employees under Respondeat Superior.

7.

As a result of the above referenced accident and negligence of the Defendants, Petitioner, **JASON RAINWATER** suffered severe and disabling injuries, the damages for which need to be determined by this Court at the trial in the following particulars:

a) Past, present, and future mental and physical pain and suffering;

b) Past, present, and future medical expenses;

c) Past, present and future mental anguish and emotional distress;

d) Permanent damage and disability;

e) Past, present, and future disfigurement and scarring;

f) Past and future loss of enjoyment of life;

g) Loss of earning capacity;

h) Past, present, and future loss of wages; and

i) Such other elements of damages which will be more fully shown at a trial on the merits.

8.

Upon information and belief, it is alleged that at all times material hereto, **ABC INSURANCE COMPANY** provided a policy of liability insurance to **CODY BERTONE, JOHN DOE, APARIUM HOTEL GROUP, LLC, and/or PONTCHARTRAIN HOTEL, INC.** that was in full force and effect on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering said Defendant, **ABC INSURANCE COMPANY** liable to Petitioner along with the other named Defendant.

**WHEREFORE,** Petitioner prays that Defendants, **CODY BERTONE, JOHN DOE PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, AND ABC INSURANCE COMPANY** be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against Defendants, jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, past, present, and future earnings, loss of future earning capacity, permanent disability of the body, past, present, and future loss of enjoyment of life, past, present, and future

3

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

disfigurement and scarring, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

Alvendia, Kelly & Demarest, LLC

RODERICK "RICO" ALVENDIA, 25554
J. BART KELLY III, 24488
JEANNE K. DEMAREST, 23032
SARAH E. FONTCUBERTA, 38217
CRISTEN MARCOTTE, 34289
KURT A. OFFNER, 28176
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE:**

**PONTCHARTRAIN HOTEL, INC.**
Through its registered agent for service of process:
Frederick A. Kullman
2031 St. Charles Avenue
New Orleans, LA 70140

**APARIUM HOTEL GROUP, LLC**
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CODY BERTONE**
Pontchartrain Hotel
2031 St. Charles Avenue
New Orleans, LA 70130

**PLEASE HOLD SERVICE:**

**ABC INSURANCE COMPANY**

**JOHN DOE**

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO.: DIVISION: " "

JASON RAINWATER

VERSUS

PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, CODY BERTONE, JOHN DOE, AND ABC INSURANCE COMPANY

FILED: _____ _____
                                                                DEPUTY CLERK

## INTERROGATORIES

TO:    **PONTCHARTRAIN HOTEL, INC.**
Through its registered agent for service of process:
Frederick A. Kullman
2031 St. Charles Avenue
New Orleans, LA 70140

**APARIUM HOTEL GROUP, LLC**
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CODY BERTONE**
Pontchartrain Hotel
2031 St. Charles Avenue
New Orleans, LA 70130

Pursuant to La. C.C.P. Article 1421, et seq., Plaintiff, **JASON RAINWATER,** propounds the following interrogatories to defendants, **PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, and CODY BERTONE**. The interrogatories are to be answered by defendant(s) personally, under oath, that is, not by any attorney and/or counsel, and/or agent, and/or representative, but in person, all in accordance with the laws of Louisiana and the Louisiana Code of Civil Procedure, particularly, but not excluding, Articles 1457 and 1458, of said Code, within thirty (30) days after receipt hereof.

These interrogatories are deemed to be continuing and shall be up-dated and supplemented as the information requested in these interrogatories changes, or as new information develops.

**INTERROGATORY NO. 1:**

Please state the full name, address and present residence addresses of all individuals who

1

participate in the answering of the interrogatories.

**INTERROGATORY NO. 2:**

Give the name, social security number, last known residence address, last known telephone number, and name and address of last known employer of each and every person having knowledge or relevant facts and who may reasonably be called as a witness for any party, the subject matter on which each such person is or could be reasonably expected to testify, and the substance of each said person's testimony. This includes, but is not limited to, any surveillance and impeachment witnesses.

**INTERROGATORY NO. 3:**

Do you or any representatives of yours have any photographs, motion pictures, videos, sketches or diagrams pertaining to any fact or issue set forth in the Complaint, including any surveillance of plaintiff? If you answer is in the affirmative, please state the number of photographs, motion pictures, sketches and/or diagrams, a general description of their contents, the name and address of the photographer, the date they were taken and/or created, and the name and address of the present custodian of each.

**INTERROGATORY NO. 4:**

Have you or anyone representing you or acting on your behalf taken any statements, whether recorded, typed, written, or oral, from any person having knowledge of facts involved in this suit? If so, list the names and addresses of all persons interviewed and also state by whom they were interviewed and whether the statement was recorded, typed, written or oral. If you have a written or recorded statement of plaintiff, please attach a copy of same to your answer to these interrogatories. If you have any statements of any other witnesses, please advise whether you will voluntarily furnish the same, if so, please attach copies of any and all such statements to your answers to the interrogatories.

**INTERROGATORY NO. 5:**

Please state whether you or anyone else, whether or not acting on your behalf, has conducted an investigation or experiments in connection with the accident or its causes, which forms the basis of this suit. If so, state the name and address of each person who participated in the investigation or experiment, whether the results of such investigation or experiment were reported orally or in written form, to whom the results were reported, and the date or dates of any

2

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

and all written or oral reports rendered by each such investigator.

### INTERROGATORY NO. 6:

Identify each and every expert witness with whom you have consulted, or with whom you may consult in the future concerning any aspect of this litigation. Include in your answer to this interrogatory, the full name and business address of each such expert, the date when each such expert was first consulted by you or someone on your behalf, the field or fields of expertise of each such expert and a description of each relevant opinion reached by each such expert. Also state whether each such expert rendered any type of report and, if so, either attach a copy of the report or describe each fact relied on by the expert as contained in the report, and describe each opinion expressed in each such report. If your answer to this interrogatory indicates that this inquiry is premature, then please list each and every witness whom you currently intend to call at the trial of this matter.

### INTERROGATORY NO. 7:

Was there in effect, at the time of the accident sued on, a policy of insurance which indemnified, **PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, and/or CODY BERTONE** against financial losses as a result of liability of the general type alleged herein and, if so, with respect to each such policy of insurance, both primary and excess insurance, please state:

   a. The name and address of the insurance company;
   b. The policy number and effective dates thereof;
   c. The nature of the coverage and the limits of liability, including coverage for one person, and coverage for more than one person;
   d. Whether you will voluntarily furnish a certified copy of the policy or policies referred to in answers to this interrogatory, and, if so, please attach same to your answers to these interrogatories; and, if not, please state specifically your reasons for not doing so.

### INTERROGATORY NO. 8:

List and identify each and every exhibit which you may seek to introduce at the trial of this matter. If your answer to this interrogatory indicates that this inquiry is premature, then please list each and every exhibit which you may currently intend to introduce at the trial of this matter.

3

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

## INTERROGATORY NO. 9:

Please state with as much detail as possible how the accident happened, giving the time of day, date and place of accident.

## INTERROGATORY NO. 10:

With respect to the policy covering, **PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, and/or CODY BERTONE**, please advise the date the policy was issued and the limits of the coverage, as it applies to this incident.

## INTERROGATORY NO. 11:

State whether you have in your possession any documentation which would indicate that the injuries to **JASON RAINWATER** were caused prior to the accident of July 21, 2018. If so, please identify each and every document and provide a copy of each and every document.

## INTERROGATORY NO. 12:

If you contend that **JASON RAINWATER** was negligent please state with particularity how he was negligent.

## INTERROGATORY NO 13:

Please describe in detail **PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, and/or CODY BERTONE** policy for responding to and documenting accidents at **PONTCHARTRAIN HOTEL.**

## INTERROGATORY NO. 14:

Please state the name of any employee who responded to the incident that occurred on July 21, 2018 and describe their actions regarding the incident.

## INTERROGATORY NO. 15:

Please list and describe any other accident claims or alleged claims in the last five years at the premises and the outcome(s) of same.

These interrogatories shall be deemed continuing so as to require supplemental answers if you or your attorneys obtain further information between the time the answers are served and the time of trial.

Respectfully Submitted:

*Alvendia, Kelly & Demarest, LLC*

RODERICK "RICO" ALVENDIA, 25554
J. BART KELLY III, 24488

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

4

JEANNE K. DEMAREST, 23032  
KURT A. OFFNER, 28176  
CRISTEN MARCOTTE, 34288  
SARAH E. FONTCUBERTA, 38217  
909 Poydras Street, Suite 1625  
New Orleans, Louisiana 70112  
Telephone: (504) 200-0000  
Facsimile: (504) 200-0001  

*ATTORNEYS FOR PLAINTIFF*

A TRUE COPY  
[signature]  
DEPUTY CLERK CIVIL DISTRICT COURT  
PARISH OF ORLEANS  
STATE OF LA

5



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO.:                                                                                                                  DIVISION: " "

### JASON RAINWATER

### VERSUS

### PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, CODY BERTONE, JOHN DOE, AND ABC INSURANCE COMPANY

FILED: _____       _____
                                                                                                                                        DEPUTY CLERK

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:     **PONTCHARTRAIN HOTEL, INC.**
          Through its registered agent for service of process:
          Frederick A. Kullman
          2031 St. Charles Avenue
          New Orleans, LA 70140

          **APARIUM HOTEL GROUP, LLC**
          Through its registered agent for service of process:
          Corporation Service Company
          501 Louisiana Avenue
          Baton Rouge, LA 70802

          **CODY BERTONE**
          Pontchartrain Hotel
          2031 St. Charles Avenue
          New Orleans, LA 70130

       **PLEASE TAKE NOTICE** that petitioner requests defendants named above to produce the following documents and things for inspection and copying pursuant to the applicable provisions of the Louisiana Code of Civil Procedure at the Law Offices of Alvendia, Kelly & Demarest, LLC, 909 Poydras Street, Suite #1625, New Orleans, Louisiana 70112: within thirty (30) days of date of service of this request.

        1)     Any and all incident or other reports pertaining to the incident sued on herein.

        2)     Certified copy of each and every policy of insurance, certificate of insurance, or other insurance documentation, including medical payments coverage and uninsured or underinsured coverage, setting forth each type of insurance which affords coverage for liability of the nature asserted herein by petitioners against defendants, including all primary coverage and all excess or umbrella coverage.

        3)     Any and all statements of the plaintiff which were taken by the above named defendant in connection with this incident.

6



4) Any and all statements obtained from anyone concerning the incident referred to in the petition.

5) Any and all exhibits which defendant intends to introduce at the trial.

6) Any and all photographs, video or other images, whether in electronic or other format in any way pertaining to the area of the incident or the incident itself referred to in the petition.

7) Any and all photographs, slides, motion pictures, etc., including any possible surveillance, photographs or motion pictures of plaintiff taken at any time, which may be relevant to any issue in these proceedings.

8) Any and all reports or correspondence or information provided to or from any person who may be used as an expert witness herein.

9) Any policy manuals or procedure for employees' response to accidents at **PONTCHARTRAIN HOTEL, INC.**

10) Any and all documents referred to in the response to the interrogatories propounded to the defendants in these proceedings, delineating which interrogatory each document is responsive to.

11) Any maintenance logs showing employee activity in the area of the incident within the twenty-four (24) hours prior and subsequent to the incident.

12) Any records of any other accidents in that store within the last five years.

13) Any and all other pieces of documents and demonstrative evidence which you might seek to use as an exhibit at trial herein. This request includes but is not limited to, any and all photographs, videos or diagrams.

14) Any and all tapes and/or electronic recordings of any oral communication whatsoever concerning any matter at issue in the complaint.

15) Produce all documents supporting any defense asserted in your answer to the complaint.

This Request for Production of Documents and Things is deemed to be continuing and to require a continuous supplementation of answers thereto, as more information becomes available.

A TRUE COPY

*[signature]*

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

7

Respectfully Submitted:

*Alvendia, Kelly & Demarest, LLC*

_____
**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY III, 24488**
**JEANNE K. DEMAREST, 23032**
**KURT A. OFFNER, 28176**
**CRISTEN MARCOTTE, 34288**
**SARAH E. FONTCUBERTA, 38217**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

*ATTORNEYS FOR PLAINTIFF*

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

8

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 19-5747

DIVISION: " "



JASON RAINWATER

VERSUS

PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, CODY BERTONE, JOHN DOE, AND ABC INSURANCE COMPANY

FILED: _____     _____
                                         DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **JASON RAINWATER**, a person of the age of majority who is domiciled in the Parish of Orleans, State of Louisiana, who respectfully presents claims for personal injuries as follows:

1.

Made defendants herein are the following:

A. **PONTCHARTRAIN HOTEL, INC.,** a domestic business corporation authorized to do and doing business in the State of Louisiana;

B. **APARIUM HOTEL GROUP, LLC,** a foreign limited liability company authorized to do and doing business in this Parish and State;

C. **CODY BERTONE,** a person of the full age of majority and believed to be a resident of this Parish and state;

D. **JOHN DOE,** upon information and belief, a person of the full age of majority and believed to be a resident of this Parish and state; and

E. **ABC INSURANCE COMPANY,** upon information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

Defendants are liable jointly, severally, and *in solido,* unto Petitioner for such damages as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, past, present, and future loss of earnings, future loss of earning capacity, past, present, and future loss of enjoyment of life, past, present, and future disfigurement and scarring, and permanent disability

1

WHEREFORE, Petitioner prays that Defendants, **CODY BERTONE, JOHN DOE PONTCHARTRAIN HOTEL, INC., APARIUM HOTEL GROUP, LLC, AND FEDERAL INSURANCE COMPANY** be duly cited and served with a copy of this First Supplemental and Amending Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against Defendants, jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, past, present, and future earnings, loss of future earning capacity, permanent disability of the body, past, present, and future loss of enjoyment of life, past, present, and future disfigurement and scarring, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

Alvendia, Kelly & Demarest, LLC

_____
**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY III, 24488**
**JEANNE K. DEMAREST, 23032**
**SARAH E. FONTCUBERTA, 38217**
**CRISTEN MARCOTTE, 34289**
**KURT A. OFFNER, 28176**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001
*ATTORNEYS FOR PLAINTIFF*

PLEASE SERVE:

**PONTCHARTRAIN HOTEL, INC.**
Through its registered agent for service of process:
Frederick A. Kullman
2031 St. Charles Avenue
New Orleans, LA 70140

**APARIUM HOTEL GROUP, LLC**
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CODY BERTONE**
Pontchartrain Hotel
2031 St. Charles Avenue
New Orleans, LA 70130

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2